**Order entered September 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00665-CV

**UNITED RENTALS NORTH AMERICA, INC., Appellant**

**V.**

**PAMELA EVANS, PATRICE ANDERSON, AS NEXT FRIEND OF PARIS DAVIS, & LEATHA KATAVI JONES, AS NEXT FRIEND OF DOMINIC JONES, Appellees**

On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-04449

## ORDER

Before the Court is appellant's second unopposed motion to extend time to file brief. We

**GRANT** the motion and **ORDER** the brief be filed no later than October 26, 2018. We caution

appellant that further extension requests will be disfavored.

/s/      DAVID EVANS
              JUSTICE